UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RESENDIZ,<br><br>        Petitioner,<br><br>  v.<br><br>DOMINGO URIBE, JR.,<br><br>        Respondent. | NO. EDCV 11-677-VAP (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: May 3, 2011

                                              VIRGINIA A. PHILLIPS
                                  UNITED STATES DISTRICT JUDGE